**Electronically Filed
Intermediate Court of Appeals
30233
08-JAN-2014
08:43 AM**

NO. 30233

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


GREGORY ALLEN SLINGLUFF, Plaintiff-Appellee, vs.
STATE OF HAWAII; STATE OF HAWAII DEPARTMENT OF PUBLIC
SAFETY; HALAWA CORRECTIONAL FACILITY; DR. PATEL; NURSE
MIKE; NURSE BARBARA; DR. ABBRUZZESE; DR. SISAR PADERES,
Defendants-Appellants, and DOE NURSES 1-10; DOE DOCTORS 1-10;
DOE HEALTH CARE PROVIDERS 1-10, AND DOE ENTITIES 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 06-1-1654)


ORDER OF CORRECTION
(By: Leonard, J., for the court[1])


IT IS HEREBY ORDERED that the Opinion of the Court,

filed on December 31, 2013, is hereby corrected as follows:

At page 28, in the attorney-credit section, change the

word "her" to "him". The attorney-credit section shall now read

as:

> Kendall H. Moser,
> Deputy Attorney General,
> (Mark J. Bennett, Attorney General,
> and Caron M. Inagaki, Deputy
> Attorney General, with him
> on the briefs)
> for Defendants-Appellants.

---

[1] Nakamura, Chief Judge, Fujise and Leonard, JJ.

Richard Turbin and
Janice D. Heidt
(Rai Saint Chu and
Francis L. Jung with
them on the briefs)
for Plaintiff-Appellee.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, January 8, 2014.

FOR THE COURT:

Associate Judge